# Affidavit in Support of Criminal Complaint and Arrest Warrant for Alexander Josue Viatoro-Arita and Olver Anacleto Amador-Calderon

I, Stephen A. Cuccaro, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, state as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March 17, 2019. I am currently assigned to the Charlotte Field Office of the FBI's North Carolina Division and Charlotte's Criminal Enterprise Task Force ("CCETF"). Prior to joining the CCETF, I was on the FBI's Violent Crimes Task Force. My duties included investigations of federal criminal law throughout the Western District of North Carolina. Through formal and on the job training, I have developed experience in investigations dealing with violent offenses and criminal enterprises set forth in the United States Code. As an FBI Special Agent, I am authorized to investigate violations of federal law and to execute warrants issued under the authority of the United States. My duties include participation in numerous Organized Crime Drug Enforcement Task Force (OCDETF) investigations. Through training and experience, I have developed expertise in investigations dealing with drug trafficking organizations (DTO) and drug and firearms related offenses set forth in the United States Code.

2. This Affidavit is presented in support of a Criminal Complaint charging **Alexander Josue Viatoro-Arita** and **Olver Anacleto Amador-Calderon** with violations of Title 18, United States Code, Section 922 (g)(5), possessing a firearm while being an alien who is illegally or unlawfully in the United States.

3. This Affidavit contains information necessary to support probable cause for the Criminal Complaint. The information contained in this Affidavit is based on my personal participation in the investigation of the case and from information provided to me by other Special

Agents and Task Force Officers, as well as other federal, state, and local law enforcement officers. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts which I believe are necessary to establish the requisite foundation for probable cause.

## FACTS IN SUPPORT OF PROBABLE CAUSE

4. The Federal Bureau of Investigation and Criminal Enterprise Task Force is conducting a criminal investigation of **Alexander Josue Viatoro-Arita (ARITA)** and **Olver Anacleto Amador-Calderon (CALDERON)** regarding violations of Title 18, United States Code, Section 922 (g)(5).

5. On January 14, 2025, FBI Charlotte conducted a controlled purchase of one ounce of fentanyl for $1,200. The FBI had physical surveillance established in the surrounding area of 851 Farmhurst Drive, Charlotte, North Carolina for the controlled purchase prior to a confidential human source (CHS)[1] meeting with an unknown target. At approximately 2:31 PM, a Hispanic male wearing a red vest, white hoodie, jeans, and white and black sneakers was observed delivering one ounce of fentanyl to the CHS on foot. Upon completion of the transaction, surveillance followed the Hispanic male from the buy location to the Motel 6 located at 131 Red Roof Drive, Charlotte, North Carolina and entered room 106.

6. Surveillance set up in the surrounding area of room 106 and observed two Hispanic males exit from the room and enter a blue Ford Focus with South Carolina temporary tag TP-

---

[1] The CHS has a criminal history of narcotics trafficking. The CHS was motivated by judicial consideration and is hoping to minimize potential criminal sentence for drug charges. The individual has been a long-standing source with the Gastonia Police Department, who has provided factual information to the FBI that has been corroborated through recordings, surveillance, and text messaging review. Based on these factors, agents believe the CHS to be reliable.

983374. The vehicle was followed by the surveillance team and observed a third unknown Hispanic male enter the vehicle. The Ford Focus was followed back to the Motel 6 and Agents observed the three Hispanic males enter room 106. Your affiant spoke to the front desk at the Motel 6 and requested the names of the occupants of room 106. The front desk provided a photocopy of a Honduran passport for Brayan Adonis Madrid ZAMORA. The front desk associate stated the room has been rented since December 26, 2024, and a different individual has been coming to pay for the room every two days.

7. At approximately 4:33 PM, Officers from the Charlotte-Mecklenburg Police Department (CMPD) and Agents approached room 106 to conduct a knock and talk. The smell of marijuana permeated from the room upon the door opening. During the conversation with the occupants, one Hispanic male made a furtive movement towards his waistband and attempted to enter the bathroom, at which point law enforcement officers asked the occupants to step out of the room.

8. The three males were placed outside of the room and detained. During their detainment, a safety search of their persons was conducted and concealed firearms were found on ARITA and CALDERON within the waistband of each. A 9mm Taurus pistol, made in Brazil[2], was found in ARITA's waistband and had an attempted obliterated serial; however, the serial was able to be identified, which indicated the firearm was stolen. A .380 caliber F.I.E. Titan pistol, made in Italy, was found in CALDERON's waistband.

9. ARITA told law enforcement that CALDERON provided the firearm to him, which was in his possession. CALDERON told law enforcement he received both firearms from

---

[2] The pistol contained a trade stamp indicating it was "Made In Brazil".

ZAMORA, who had originally rented the room. ZAMORA was calling ARITA during the interview.

10. Agents were able to confirm that CALDERON and ARITA are both citizens of Honduras and both are illegally present in the United States. CALDERON currently has an active warrant for his removal from the United States.

11. Finally, CALDERON, who had a key card on his person, voluntarily gave consent to Agents to search the room. Along with the two firearms, the seizure obtained bulk cash, approximately 400 grams of fentanyl, 3 grams of marijuana, multiple money service wire transfer receipts, a ledger, which contained the date, quantity, and cost referencing the controlled buy, and a scale.

## CONCLUSION

Based upon my training and experience and the facts of this investigation, I submit that there is probable cause for a criminal complaint against, and arrest warrant for **Alexander Josue Viatoro-Arita** and **Olver Anacleto Amador-Calderon** for the charge of Possession of a Firearm by an Alien Illegally Present in the United States, in violation of Title 18, United States Code, Section 922(g)(5). I request that the Court issue a Criminal Complaint and Arrest Warrant for the same.

Respectfully submitted,

_____
Stephen A. Cuccaro, Special Agent
Federal Bureau of Investigation

*This Affidavit was reviewed by AUSA Alfredo De La Rosa.*

SWORN BEFORE ME AND IN MY PRESENCE

THIS 15th day of January

_____
SUSAN C. RODRIGUEZ
UNITED STATES MAGISTRATE JUDGE