IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:25 cr 9- FDW

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **BILL OF INDICTMENT** |
| **v.** | Violations: |
| **(1) ALEXANDER JOSUE VIATORO-ARITA,**<br>**(2) OLVER ANACLETO AMADOR-CALDERON,**<br>**DEFENDANTS.** | 18 U.S.C. §922(g)(5)(A) |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Unlawful Possession of a Firearm by an Alien)*

On or about January 14, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### (1) ALEXANDER JOSUE VIATORO-ARITA,

knowing that he was an alien unlawfully and illegally in the United States, did knowingly and unlawfully possess a firearm, that is, Taurus, Model GC2, 9mm pistol, in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(5)(A).

### COUNT TWO
*(Unlawful Possession of a Firearm by an Alien)*

On or about January 14, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### (2) OLVER ANACLETO AMADOR-CALDERON,

knowing that he was an alien unlawfully and illegally in the United States, did knowingly and unlawfully possess a firearm, that is, Firearms Import and Export (F.I.E.), Model Titan, .380 caliber pistol, in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(5)(A).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The Grand Jury finds probable cause that the following item is subject to forfeiture, in accordance with § 924(d), because it was involved in, used, or intended to be used in the violations alleged in this Superseding Bill of Indictment:

1. A Taurus, Model GC2, 9mm pistol, seized during the course of the investigation.
2. a Firearms Import and Export (F.I.E.), model Titan, .380 caliber pistol, seized during the course of the investigation.

A TRUE BILL:

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY